In the Matter of GEORGE H. GERLICH, as Committee of the Person and Property of AUGUST GERLICH, an Incompetent Person, Respondent.

VETERANS ADMINISTRATION, Appellant; IRVING AARON, as Special Guardian, Respondent.

(Argued February 25, 1935; decided March 12, 1935.)

*William A. Gillcrist* and *James A. Clark* for appellant.
*Samuel S. Breslin* and *Sol L. Neuhaus* for George H. Gerlich, as committee, respondent.

*Irving Aaron*, as special guardian, respondent.

Order affirmed, without costs. The question of allowance has not been raised by any proper motion or exception. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.